Mary K. Farrington-Lorch, AZBN 009450
Law Office of Mary K. Farrington-Lorch
3930 E. Camelback Road, Suite 100
Phoenix, AZ 85018
(602) 254-0249 / FAX (602) 926-8210
E-mail address: MaryKFL@farringtonlorchlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
(TUCSON)

In re:

REMMYCK A URREA,

Debtor.

Proceedings in Chapter 13

Bk. No.: 4:21-bk-01377-SHG

**OBJECTION OF CONN APPLIANCES, INC. D/B/A CONN'S HOMEPLUS AS SERVICER-IN-FACT AND ATTORNEY-IN-FACT FOR CONN CREDIT I, LP TO CONFIRMATION OF CHAPTER 13 PLAN**

Conn Appliances, Inc. d/b/a Conn's HomePlus as servicer-in-fact and attorney-in-fact for Conn Credit I, LP ("Creditor"), by and through its undersigned counsel, hereby objects to the Chapter 13 plan filed by Remmyck A Urrea (hereinafter referred to as "Debtor") on February 25, 2021 at Docket No. 2, and avers in support thereof as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334 and 11 U.S.C. § 1325.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1408 and/or 1409.

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(L).

4. On February 25, 2021 Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code, and relief was ordered thereon.

5. On March 22, 2021 Creditor filed a Proof of Claim.

6. The Proof of Claim seeks a secured debt in the amount of $3,781.71. The debt was incurred for a thing of value on February 28, 2020. The debt is therefore subject to the "hanging paragraph" of 11 U.S.C. § 1325(a) and must be paid in full through the plan with an interest rate consistent with the holding of <u>In re Till</u>, 541 U.S. 465 (2004). A copy of the Contract giving rise to Creditor's claim is attached to the Proof of Claim.

7. Debtor's plan makes no reference to the debt.

8. Because the Debtor's proposed Chapter 13 Plan fails to correctly provide for the debt, the plan does not comply with the provisions of 11 U.S.C. § 1325(a) and confirmation should therefore be denied.

WHEREFORE, Conn Appliances, Inc. d/b/a Conn's HomePlus as servicer-in-fact and attorney-in-fact for Conn Credit I, LP requests this Honorable Court enter an Order denying confirmation of the proposed Chapter 13 Plan.

Respectfully submitted, this 28th day of April, 2021.

/s/ *Mary Farrington-Lorch*
MARY FARRINGTON-LORCH
Attorney for Creditor, Conn Appliances, Inc.

Copy of the foregoing mailed this
28th day of April, 2021 to:

Remmyck A Urrea
7696 S Lions Spring Way
Tucson, AZ 85747

Thomas Adams Mcavity
4131 Main Street
Skokie, IL 60076-2780

1  Dianne C. Kerns
   31 N. 6th Avenue
2  #105-152
   Tucson, Az 85701
3
   _/s/ Mary Farrington-Lorch_
4  MARY FARRINGTON-LORCH
   Attorney for Creditor, Conn Appliances, Inc.
5