Mark Brnovich
Arizona Attorney General
Firm State Bar No. 14000

Kristin McDonald (AZ# 027082)
Assistant Attorney General
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-8387
Facsimile: (602) 542-4273
Email: Kristin.McDonald@azag.gov
Attorney for the State of Arizona
*ex rel.* Arizona Department of Revenue

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| REMMYCK A. URREA,<br>SSN: XXX-XX-3166<br><br>              Debtor. | Case No. 4:21-bk-01377-SHG<br><br>**NOTICE OF WITHDRAWAL AND DISASSOCIATION OF COUNSEL AND SUBSTITUTION OF COUNSEL** |

**PLEASE TAKE NOTICE** that Kristin McDonald of the Office of the Attorney General hereby substitutes as the attorney of record for the State of Arizona *ex rel.* Arizona Department of Revenue in place of and in the stead of Mr. Christopher J. Dylla pursuant to Local Rule of Bankruptcy Procedure 9010-1(d).

The substitution is necessary because Mr. Dylla has departed the Office of the Attorney General. All future pleadings, orders, and communications are requested to be served upon the substituting counsel at the following address:

        Office of the Attorney General
        Attn: Kristin McDonald
        2005 North Central Ave.
        Phoenix, AZ 85004-1592
        Telephone: (602) 542-8387
        Fax: (602) 542-4273
        Email: Kristin.McDonald@azag.gov

BCE15-01289

**PLEASE TAKE FURTHER NOTICE** that Mr. Dylla hereby withdraws as attorney of record for the Arizona Department of Revenue in the above-entitled case. Please remove Mr. Dylla from receiving ECF notifications in this case and also remove him from the master mailing list.

This *Notice of Withdrawal and Disassociation of Counsel* and *Substitution of Counsel* and any other appearances or filings of other documents in the instant case on behalf of the Arizona Department of Revenue shall not constitute a waiver of FED. R. BANKR. P. 7004. The Arizona Department of Revenue must be served directly and does not expressly or impliedly authorize either Kristin McDonald or the Office of the Attorney General to act as its agent for purposes of service under FED. R. BANKR. P. 7004.

The State of Arizona *ex rel.* Arizona Department of Revenue requests and authorizes this substitution.

RESPECTFULLY SUBMITTED this 6th day of August, 2021.

MARK BRNOVICH
Attorney General


/s/ Kristin McDonald
Kristin McDonald
Assistant Attorney General
Attorney for the State of Arizona
 *ex rel*. Arizona Department of Revenue


/s/ Christopher J. Dylla (*with permission*)
Christopher J. Dylla
Former Attorney for the State of Arizona
 *ex rel*. Arizona Department of Revenue

1 | ORIGINAL of the foregoing filed electronically this 6th day of August, 2021 with:

2 | United States Bankruptcy Court
3 | District of Arizona

4 | COPY of the foregoing sent by U.S. Mail or by electronic notification* through the Court's CM/ECF system this 6th day of August, 2021 to:

5 |

6 | Thomas A. McAvity*
Phoenix Fresh Start Bankruptcy Attorneys
7 | 4602 E Thomas Rd, Suite S-9
Phoenix, AZ 85028
8 | documents@phxfreshstart.com
9 | *Attorney for Debtor*

10 | Dianne C. Kerns*
Chapter 13 Trustee
11 | 31 N. 6th Ave. #105-152
12 | Tucson, AZ 85701
mail@dcktrustee.com
13 | *Chapter 13 Trustee*

14 | /s/ Linda Prevallet
15 | Linda Prevallet