In re:  
REMMYCK A URREA  
    Debtor

Case No. 21-01377-SHG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0970-4    User: admin    Page 1 of 2  
Date Rcvd: Dec 16, 2021    Form ID: pdf001    Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | REMMYCK A URREA, 7696 S LIONS SPRING WAY, TUCSON, AZ 85747-5648 |
| 16382141 | | AZ DEPARTMENT OF ECONOMIC SECURITY, OFFICE OF ACCTS RECEIVABLE & COLLECTIONS, PO BOX 60, PHOENIX, AZ 85001-0060 |
| 16422916 | + | Aarons, LLC f/k/a Aarons, Inc., d/b/a Aarons, P.O. Box 100039, Kennesaw, GA 30156-9239 |
| 16386233 | | CONN APPLIANCES, INC., C/O BECKET AND LEE LLP, PO BOX 3002, MALVERN PA 19355-0702 |
| 16367764 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks CA 91411-2546 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcynotices@azdor.gov | Dec 16 2021 22:13:00 | ARIZONA DEPARTMENT OF REVENUE, Office of the Arizona Attorney General, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix, AZ 85004-1546 |
| 16369407 | + | Email/Text: bankruptcynotices@azdor.gov | Dec 16 2021 22:13:00 | ARIZONA DEPARTMENT OF REVENUE, c/o Tax, Bankruptcy and Coll, 2005 N Central Ave, Suite 100, Phoenix, AZ 85004-1546 |
| 16371205 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2021 22:16:41 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16367765 | + | Email/Text: bankruptcynotices@conns.com | Dec 16 2021 22:13:00 | Conns, Attn: Bankruptcy, 2445 Technology Forest Blvd, Bldg 4, Ste, The Woodlands TX 77381-5259 |
| 16367766 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 16 2021 22:14:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton WA 98057-9004 |
| 16367767 | + | Email/Text: bk@gafco.net | Dec 16 2021 22:14:00 | Great American Finance, Attn: Bankruptcy, 20 N Wacker Dr. Suite 2275, Chicago IL 60606-3096 |
| 16367768 | + | Email/Text: bknotice@healthcareinc.com | Dec 16 2021 22:14:00 | Healthcare Collections, Attn: Bankruptcy, Po Box 82910, Phoenix AZ 85071-2910 |
| 16367769 | + | Email/Text: bankruptcy@ncaks.com | Dec 16 2021 22:13:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson KS 67504-3023 |
| 16417830 | + | Email/Text: bankruptcy@ncaks.com | Dec 16 2021 22:13:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 16367770 | + | Email/PDF: pa_dc_claims@navient.com | Dec 16 2021 22:16:40 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre PA 18773-9500 |
| 16381565 | | Email/PDF: pa_dc_claims@navient.com | Dec 16 2021 22:16:52 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 16376946 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 16 2021 22:14:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 16367771 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 16 2021 22:14:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth TX 76161-0244 |
| 16367772 | | Email/Text: tidewaterlegalebn@twcs.com | Dec 16 2021 22:14:00 | Tidewater Finance Co, Attn: bankruptcy Dept, 6520 Indian River Rd, Virginia Beach VA 23464 |
| 16400683 | | Email/Text: tidewaterlegalebn@twcs.com | Dec 16 2021 22:14:00 | Tidewater Finance Company, P.O. Box 13306, Chesapeake, VA 23325 |
| 16367773 | + | Email/Text: bknotices@totalcardinc.com | Dec 16 2021 22:14:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls SD 57118-5710 |
| 16427283 | | Email/PDF: ebn_ais@aisinfo.com | Dec 16 2021 22:16:47 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 16367774 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 16 2021 22:13:00 | Verizon Wireless, 500 Technology Drive, Suite 500, Weldon Springs MO 63304-2225 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Conn Appliances, Inc. d/b/a Conn's HomePlus as ser |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:

**Name**     **Email Address**

**DIANNE C. KERNS**
mail@dcktrustee.com ecf@dcktrustee.com,dckerns@dcktrustee.com

**MARY K. FARRINGTON-LORCH**
on behalf of Creditor Conn Appliances Inc. d/b/a Conn's HomePlus as servicer-in-fact and attorney-in-fact for Conn Credit I, LP MaryKFL@farringtonlorchlaw.com, ecf@farringtonlorchlaw.com

**MATTHEW ALLEN SILVERMAN**
on behalf of Creditor ARIZONA DEPARTMENT OF REVENUE matthew.silverman@azag.gov BankruptcyUnit@azag.gov,hua.qin@azag.gov,michelle.schlosser@azag.gov

**THOMAS ADAMS MCAVITY**
on behalf of Debtor REMMYCK A URREA documents@phxfreshstart.com tom@phxfreshstart.com

**U.S. TRUSTEE**
USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

REMMYCK A URREA,

Debtor.

CHAPTER 13 PROCEEDINGS

Case No. 4:21-bk-01377-SHG

**STIPULATED ORDER CONFIRMING AMENDED CHAPTER 13 PLAN**

The Amended Chapter 13 Plan having been properly noticed out to creditors and any objection to confirmation having been resolved,

**IT IS ORDERED** confirming the Amended Plan of the Debtors as follows:

(A) **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

1) <u>Future Earnings or Income</u>. Debtors shall make the following monthly Plan payments:

| Months | Amount |
|--------|--------|
| 1-2    | $0.00  |
| 3      | $727.00 |
| 4-6    | $0.00  |
| 7      | $25.00 |
| 8-60   | $708.00 |

The payments are due on or before the 25th day of each month commencing March 25, 2021. Debtors are advised that when payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan term.

Any funding shortfall must be cured before the plan is deemed completed. Within 14 days of filing them, the Debtor will provide a copy of their **federal** and **state** income tax returns for post-petition years within 15 days of filing them to his attorney, who is to provide the returns to the Trustee through mail@dcktrustee.com. The purpose is to assist the Trustee in determining any change in debtor's annual disposable income.

2) Other Property. *If the Debtors receive a tax refund in excess of $1,000, the debtors shall pay such refund directly to the Trustee as supplements to the plan. In the event that other property is submitted, it shall be treated as supplemental payments.* In no event will the term of the Plan be reduced to less than 36 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

(B) **DURATION.** This Plan shall continue for 60 months from the first regular monthly payment described in Paragraph (A) (1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate.

(C) **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified and paid as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay creditors in the following order:

1) Administrative expenses:

   Attorney Fees. Thomas McAvity, shall be allowed total compensation of $4,500.00. Counsel received $0.00 prior to filing this case and will be paid $4,500.00 by the Chapter 13 Trustee.

   Flat Fee. Counsel for the Debtor has agreed to a total sum of $4,500.00 to represent the Debtor.

2) Claims Secured by Real Property:

   a. None.

3) Claims Secured by Personal Property:

   a. Santander Consumer USA, secured by a lien in a 2011 BMW 535i, shall be paid $ $15,106.27 with 6.00% interest. The creditor will receive adequate protection payments of $150.00 per month. The balance of the claim shall be classified as an unsecured non-priority claim.

   b. Arizona Department of Revenue, secured by a lien in personal property, shall be paid a secured claim of $1,587.58 with interest at ~~5.00%~~ 3.0%.

   c. Conn Appliances, Inc. d/b/a Conn's HomePlus as servicer-in-fact and attorney-in-fact for Conn Credit I, LP, secured by a lien in furniture, shall be paid $3,781.71 with 6.00% interest. The creditor will receive adequate protection payments of $50.00 per month. The balance of the claim shall be classified as an unsecured non-priority claim.

d. Aarons, LLC f/k/a Aarons, Inc., d/b/a Aarons, secured by a lien in a washer and dryer, shall be paid $2,622.89 with 6.00% interest. The creditor will receive adequate protection payments of $50.00 per month. The balance of the claim shall be classified as an unsecured non-priority claim.

4) Unsecured Priority Claims:

   a. The Arizona Department of Revenue has an unsecured priority claim for income taxes for 2017, 2018 and 2020. This creditor will be paid $2,093.87, the total priority claim of through the plan with no interest.

5) Surrendered Property. Upon confirmation of this plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to collateral to be surrendered. Such creditor shall receive no distribution until the creditor timely files a claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. Assuming the creditor has an allowed proof of claim, should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor. Debtors surrender the following property:

   a. None.

6) Other Provisions:

   a. To the extent that the Arizona Department of Revenue's non-dischargeable liabilities are not paid in full through pro rata distributions under the Debtor's Plan or through direct payments outside of the plan, the unpaid balance along with post-petition and post-confirmation interest shall not be discharged in accordance with 11 U.S.C. §§ 523(a)(1)(B)(ii) and 1328(a).

7) Unsecured Non-priority Claims. All other claims shall be classified as general unsecured and non-priority. Such claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining unpaid at the end of the Plan may be discharged as provided in 11 U.S.C. § 1328.

(D) **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this Order. Property of the estate vests in Debtors upon confirmation.

**ORDER SIGNED ABOVE**

Page 3 of 4

Case No. 4:21-bk-01377-SHG

Case 4:21-bk-01377-SHG    Doc 44    Filed 12/16/21    Entered 12/18/21 22:26:39    Desc
Imaged Certificate of Notice    Page 5 of 8

Approved as to Form and Content by:

_/s/ Dianne C. Kerns_
Digitally signed by Dianne C. Kerns
Date: 2021.12.14 16:01:43 -07'00'

Dianne Crandell Kerns, Trustee


_/s/ Thomas McAvity_

Thomas McAvity,
Attorney for Debtor


_/s/ Kristin McDonald_

Kristin McDonald
Assistant Attorney General
Attorney for the State of Arizona
ex rel. Arizona Department of Revenue


_____
MARY FARRINGTON-LORCH,
Attorney for Creditor, Conn Appliances, Inc.


The Debtors certify: All required State and Federal income tax returns have been filed. No domestic support obligation is owed or, if owed, such payments are current since the filing of the Petition.


_____
REMMYCK A URREA, Debtor

Page 4 of 4

Case No. 4:21-bk-01377-SHG

Case 4:21-bk-01377-SHG    Doc 44    Filed 12/16/21    Entered 12/18/21 22:26:39    Desc
Imaged Certificate of Notice    Page 6 of 8

Approved as to Form and Content by:

_____
Dianne Crandell Kerns, Trustee

_____
Thomas McAvity,
Attorney for Debtor

_____
Kristin McDonald
Assistant Attorney General
Attorney for the State of Arizona
ex rel. Arizona Department of Revenue

*/s/ Mary Farrington-Lorch*
_____
MARY FARRINGTON-LORCH,
Attorney for Creditor, Conn Appliances, Inc.

The Debtors certify: All required State and Federal income tax returns have been filed. No domestic support obligation is owed or, if owed, such payments are current since the filing of the Petition.

_____
REMMYCK A URREA, Debtor

Page 4 of 4

Case No. 4:21-bk-01377-SHG

Approved as to Form and Content by:

_____
Dianne Crandell Kerns, Trustee


_____
Thomas McAvity,
Attorney for Debtor


_____
Kristin McDonald
Assistant Attorney General
Attorney for the State of Arizona
ex rel. Arizona Department of Revenue


_____
MARY FARRINGTON-LORCH,
Attorney for Creditor, Conn Appliances, Inc.


The Debtors certify: All required State and Federal income tax returns have been filed. No domestic support obligation is owed or, if owed, such payments are current since the filing of the Petition.

_____
REMMYCK A URREA, Debtor

Page 4 of 4

Case No. 4:21-bk-01377-SHG