FORM nch13pln
REVISED 06/04/2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 4:21–bk–01377–SHG

REMMYCK A URREA  Chapter: 13
fka ABRAHAM R URREA
7696 S LIONS SPRING WAY
TUCSON, AZ 85747
SSAN: xxx–xx–3166
EIN:

Debtor(s)

## NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan. Pursuant to Local Rules 2084–9 and 2084–10, plan confirmation is governed by the following procedures:

1. Any objection by a creditor to the plan must be in writing and filed within the Bankruptcy Court, and copies served on the following parties, no later than 14 days after the original date set for the meeting of creditors, or any continuance thereof, or reinstatement of the case, or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701–1704 |
| Address of Trustee | DIANNE C. KERNS<br>31 N. 6TH AVENUE<br>#105–152<br>TUCSON, AZ 85701 |
| Address of Debtor(s) | REMMYCK A URREA<br>7696 S LIONS SPRING WAY<br>TUCSON, AZ 85747 |
| Address of Debtor(s) Attorney | THOMAS ADAMS MCAVITY<br>Phoenix Fresh Start Bankruptcy Attorneys<br>4131 Main Street<br>Skokie, IL 60076–2780 |

– – – NOTICE CONTINUES ON NEXT PAGE – – –

2.  The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3.  If creditors file no objections and the Trustee recommends confirmation, the Court may confirm the Plan without a hearing.

4.  If a creditor files an objection and/or the Trustee does not recommend confirmation, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5.  **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

Date: February 15, 2022

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701–1704<br>Telephone number: (520) 202–7500<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>George Prentice |